UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTIN BOWEN and
MICHELLE BISHOP,

      CASE NO.: 3:19-cv-00382-TJC-PDB

    Plaintiffs,

-VS-

CAPITAL VACATIONS, LLC,

    Defendant.
_____/

## CONSENT MOTION TO STAY PENDING ARBITRATION

Plaintiffs, KRISTIN BOWEN and MICHELLE BISHOP, with consent of Defendant, CAPITAL VACATIONS, LLC, and under the Federal Rules of Civil Procedure, stipulates Plaintiffs' claims against CAPITAL VACATIONS, LLC are subject to arbitration and this entire case should be stayed and referred to arbitration, and states:

    1. On or about April 4, 2019, Plaintiffs initiated this cause of action against CAPITAL VACATIONS, LLC. (Dkt. 1.)

    2. Plaintiffs, through counsel, however, agree this case is subject to arbitration pursuant to the Contract and Installment Note ("Contract") entered into by Plaintiffs and CAPITAL VACATIONS, LLC. A copy of the Contract is attached as Exhibit A.

    3. Plaintiffs, therefore, stipulate to allow the Court to stay the case in its entirety and refer the entire matter to binding arbitration.

    WHEREFORE, Plaintiffs respectfully request the Court stay the proceedings and refer this entire case to arbitration, and for such other relief as this Court deems proper.

Dated: May 29, 2019

Respectfully submitted,

| | |
|---|---|
| <u>/s/Frank H. Kerney, III, Esquire</u> | <u>/s/Buffey Elizabeth Klein</u> |
| Frank H. Kerney, III, Esquire | Buffey E. Klein |
| Florida Bar #: 88672 | Florida State Bar No. 0034639 |
| Morgan & Morgan, Tampa, P.A. | buffey.klein@huschblackwell.com |
| One Tampa City Center | 1900 N. Pearl Street, Suite 1800 |
| 201 North Franklin Street, 7th Floor | Dallas, Texas 75201 |
| Tampa, FL 33602 | (214) 999-6100 |
| Telephone: (813) 223-5505 | (214) 999-6170 Facsimile |
| Facsimile:  (813) 223-5402 | *Attorney for Defendant* |
| fkerney@forthepeople.com | |
| snazario@forthepeople.com | |
| martinez@forthepeople.com | |
| *Counsel for Plaintiffs* | |