UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KRISTIN BOWEN and
MICHELLE BISHOP,

      Plaintiffs,

v.                                                   Case No. 3:19-cv-382-J-32PDB

CAPITAL VACATIONS, LLC,

      Defendant.

_____

# **O R D E R**

Upon review, the parties' Consent Motion to Stay Pending Arbitration (Doc. 11) is **GRANTED**.[1] The parties are compelled to arbitrate plaintiffs' claims consistent with their signed arbitration agreement (see Doc. 11, Ex. A). This case is therefore stayed and the Clerk shall administratively close the file, which will be subject to reopening upon motion when the arbitration proceedings are complete.

**DONE AND ORDERED** in Jacksonville, Florida the 3rd day of June, 2019.

                                                              TIMOTHY J. CORRIGAN
                                                               United States District Judge

---

[1] Defendant's motion to compel arbitration and dismiss or stay (Doc. 10) is moot in light of the parties' consent motion.

s.
Copies:
Counsel of record

2